No 06-14-00084 CR
IN THE
COURT OF CRIMINAL APPEALS
AUSTIN TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

JAN 14 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk

Robert Shayne Kinslow

V

THE STATE OF TEXAS

From APPEAL NO 06-14-00084 CR
TRIAL CAUSE NO CRO 1649
RED RIVER COUNTY

First Motion For Extension of Time To File
Petition For Descretionary Review

To THE HONORABLE Judges OF THE Court OF CRIMINAL APPEALS: Comes Now Robert Shayne Kinslow, Petitioner AND files THIS motion FOR AN Extension OF Sixty (60) Days IN WHICH TO FILE A Petition FOR DESCRETIONARY REVIEW IN Support OF THIS motion Appellant Shows THE Court THE following:

I

THE Petitioner WAS CONVICTED IN THE 6th DISTRICT Court OF RED RIVER County OF THE OFFENCE INDENCY W A CHILD x2 CAUSE NO CRO 1648 AND CRO 1649, Styled THE STATE OF TEXAS Vs Robert Shayne Kinslow. THE Petitioner APPEALED TO THE Court OF APPEALS Sixth Appellant DISTRICT OF TEXAS, THE CASE WAS AFFIRMED ON 12-19-2014

II

THE PRESANT DEADLINE FOR FILING THE Petition FOR DESCRETIONARY REVIEW IS 1-20-2015, THE Petitioner HAS NOT REQUESTED ANY EXTENSION PRIOR TO THIS REQUEST.

## III

PETITIONERS REQUEST FOR AN EXTENSION IS BASED ON THE FOLLOWING FACTS: PETITIONER WAS NOT INFORMED OF THE DECISION OF THE COURT OF APPEALS IN AFFIRMING HIS CASE UNTIL 12-26-14. SINCE THAT TIME PETITIONER HAS BEEN ATTEMPTING TO GAIN LEGAL REPRESENTATION IN THIS MATTER. HIS ATTORNEY ON THE APPEAL DON BAIRD HAS INFORMED PETITIONER THAT HE WILL NOT REPRESENT HIM ON THE PETITION FOR DISCRETIONARY REVIEW.

WHEREFORE, PETITIONER PRAYS THIS COURT GRANTS HIS MOTION AND EXTEND THE DEADLINE FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IN CASE NO CRO 1449 TO 06-14-00084

Robert SHAYNE KINSLOW
PETITIONER PRO SE
TEXAS DEPARTMENT OF
CRIMINAL JUSTICE
JOHN MIDDLETON UNIT
TDCJ ID 1923349
ABILINE TEXAS 79601

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE FORGOING FIRST MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW. HAS BEEN FORWARDED BY U.S MAIL POSTAGE PRE PAID, FIRST CLASS TO THE ATTORNEY FOR THE STATE VAL VARLEY AND TO THE STATE PROSECUTING ATTORNEY P.O. BOX 12045 AUSTIN TEXAS 78711 ON THIS DAY

Robert Shayne Kinslow
Petitioner Pro Se


UNSWORN DECLARATION


I Robert Shayne Kinslow T.D.C.J ID 1923349 being presantly incakated in the John Middleton Unit of the Texas Department of Criminal Justice Located in Taylor County Texas. Declare under Penalty of Purjury That All Statements Contained In with Accompaning Documents are True And Correct

Executed On The      Day of

Robert Shayne Kinslow
Robert Shayne Kinslow

Clark Abel Acosta

Can you please send copys to the proper court officals due to the holidays, we was on a lockdown it is the reason they are just now getting to you thank you very much.

Robert Stagne Kinslow

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk